UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 WEBER CAPITAL LLC,

                    Plaintiff,                          **ORDER**
                                               24-CV-6258 (EK)(JAM)
              -against-

 MICHAEL RACANIELLO,

                    Defendant.

-------------------------------------x

ERIC KOMITEE, United States District Judge:

          The Court has received Magistrate Judge Marutollo's
Report and Recommendation (R&R) dated February 5, 2026.  ECF No.
53.  Judge Marutollo recommends that the Court grant plaintiff's
motion for default judgment and dismiss defendant's
counterclaim.  Neither party has filed objections and the time
to do so has expired.  Accordingly, the Court reviews Judge
Marutollo's recommendation for clear error on the face of the
record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to
1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*,
968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

          Having reviewed the record, I find no error and
therefore adopt the R&R in its entirety.  Thus, the Court grants
plaintiff's motion for default judgment in the amount of
$515,000, as well as $405 in costs, plus post-judgment interest.

Defendant's counterclaim is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).  The Court does not award pre-judgment interest.  *See* R&R 10 ("Plaintiff's counsel is not seeking attorneys' fees or pre-judgment interest."); *see also* Minute Entry dated Oct. 8, 2025 (indicating the same).

The Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.


   /s/ Eric Komitee
ERIC KOMITEE
United States District Judge


Dated:    February 25, 2026
          Brooklyn, New York

2